```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0065--CR (JWS)
                            "USA V EDWARD TED MCDONALD ET AL"
                                DEF 1.1 MCDONALD, EDWARD TED

                  Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  07/28/05
             Closed:  NO
 No. of Defendants:  2
    MJ Case Number:  A05-0130--MJ
                AKA: EDWARD WOODS, EDWARD JOSEPH MCDONALD, JOSEPH MCDONALD
    Location status: U.S. Custody
         Trial date:
         Terminated: NO
 Needs interpreter:  NO
  Counsel of record: Hugh W. Fleischer
                     310 K Street, Suite 200
                     Anchorage, AK 99501
                     907-264-6635
                     FAX 907-264-6602
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Karen L. Loeffler
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 1.1 MCDONALD, EDWARD TED

| Document | Count |     | Citation and Description | Disposition |
|----------|-------|-----|--------------------------|-------------|
| 1 - 1 IND | 1 |     | 42:408(a)(7)(B) SOCIAL SECURITY FRAUD (F) | Terminated |
| 1 - 1 IND | 3 |     | 18:1028(a)(7) and (b)(2)(B) IDENTITY THEFT (F) | Terminated |
| 33 - 1 | 1-S |     | 18:371 CONSPIRACY (F) | Pending |
| 33 - 1 | 2-S |     | 42:408(a)(7)(B) SOCIAL SECURITY FRAUD (F) | Pending |
| 33 - 1 | 4-S |     | 18:1028(a)(7) and (b)(2)(B) IDENTITY THEFT (F) | Pending |
| 33 - 1 | 6-S |     | 18:1028(a)(3) POSSESSION OF 5 OR MORE IDENTIFICATION DOCUMENTS AND FEATURES (F) | Pending |
| 33 - 1 | 8-S |     | 18:2320 TRADEMARK INFRINGEMENT (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0065--CR (JWS)
                                "USA V EDWARD TED MCDONALD ET AL"
                                DEF 2.1 JENNINGS, EDWARD JAMES

                    Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 07/28/05
             Closed: NO
 No. of Defendants: 2
    MJ Case Number: A05-0130--MJ
                AKA: JOSEPH DEVANE, JOSEPH JENNINGS, THOMAS WOODS, JAMES MOOR
   Location status: U.S. Custody
         Trial date:
         Terminated: NO
 Needs interpreter: NO
 Counsel of record: John M. Murtagh
                    Law Office of John M. Murtagh
                    1101 W. 7th Avenue
                    Anchorage, AK 99501
                    907-274-8664
                    FAX 907-258-6419
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Karen L. Loeffler
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



 Counts re: DEF 2.1 JENNINGS, EDWARD JAMES

 Document         Count    Citation and Description                                Disposition
 ────────         ─────    ────────────────────────                                ───────────
     1 -   1 IND    2      42:408(a)(7)(B) SOCIAL SECURITY FRAUD (F)               Terminated

     1 -   1 IND    4      18:1028(a)(7) and (b)(2)(B) IDENTITY THEFT (F)          Terminated

    33 -   1       1-S     18:371 CONSPIRACY (F)                                   Pending

    33 -   1       3-S     42:408(a)(7)(B) SOCIAL SECURITY FRAUD (F)               Pending

    33 -   1       5-S     18:1028(a)(7) and (b)(2)(B) IDENTITY THEFT (F)          Pending

    33 -   1       7-S     18:1028(a)(3) POSSESSION OF 5 OR MORE                   Pending
                           IDENTIFICATION DOCUMENTS AND FEATURES (F)

    33 -   1       8-S     18:2320 TRADEMARK INFRINGEMENT (F)                      Pending
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A05-0065--CR (JWS)
                   "USA V EDWARD TED MCDONALD ET AL"

                         For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 07/28/05
            Closed: NO
No. of Defendants: 2


Document #   Filed     Docket text
_____   _____   _____

     1 -  1  07/28/05  [Re: DEF 1-2] PLF 1 Indictment.

     2 -  1  07/28/05  [Re: DEF 1-2] MDJ Grand Jury Minutes re no bail set; defs in custody;
                       set for arr & notify USM.

     3 -  1  07/28/05  [Re: DEF 1-2] JDR Minute Order re the prelim/det hrg prev set for
                       7/28/05 at 10:00 a.m. in A05-130 MJ (JDR) is VACATED & RESET for an
                       Arr/Det hrg in A05-065CR (JWS) for 7/28/05 at 10:00 a.m. before MJ
                       Jamin. cc: USA, H. Fleischer, J. Murtagh, USM, USPO, Judge Sedwick

     4 -  1  07/28/05  [Re: DEF 1-2] Documents #2 through #7 transferred from A05-130 MJ (JDR).

     5 -  1  07/28/05  [Re: DEF 1-2] MDJ Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                       on Indictment/Preliminary Hearing/Detention Hearing (held 07/28/05);
                       Defendant McDonald plead not guilty to counts 1 & 3 of the Indictment;
                       Defendant Jennings plead not guilty to counts 2 & 4 of the Indictment;
                       Defendants detained; pretrial motions due 08/18/05 for defendants. CC:
                       USA, J. Murtagh, H. Fleischer, USM, USPO, Judge Sedwick.

     6 -  1  07/28/05  [Re: DEF 2] MDJ Order of Detention Pending Trial. cc: usa, j. murtagh,
                       usm, uspo.

     7 -  1  07/28/05  [Re: DEF 1] MDJ Order of Detention Pending Trial. cc: usa, h. fleischer,
                       usm, uspo.

     8 -  1  07/28/05  [Re: DEF 2] MDJ Order regarding preparation for trial. cnsl to meet and
                       confer by 08/15/05 at 1:30 p.m.; ptms due 08/18/05. cc: USA, J. MURTAGH.

     9 -  1  07/28/05  [Re: DEF 1] MDJ Order regarding preparation for trial. cnsl to meet and
                       confer by 08/15/05; ptms due 08/18/05. cc: usa, h. fleischer.

  NOTE -  1  07/29/05  Notation: Trial Date Setting Memo following ARR to USDJ re: DEF 1 & 2.

    10 -  1  08/01/05  [Re: DEF 1-2] JWS Minute Order setting TBJ on 10/3/05 @ 9:00 a.m. & FPTC
                       on 10/3/05 @ 8:30 a.m.. cc: USA, H. Fleischer, J. Murtagh, USM, USPO, MJ
                       Roberts, JC

    11 -  1  08/02/05  DEF 2 Attorney Appearance of J. Murtagh.

    12 -  1  08/10/05  [Re: DEF 1] PLF 1 Discovery Conference Certificate.

    13 -  1  08/10/05  [Re: DEF 2] PLF 1  Discovery Conference Certificate.

    14 -  1  08/18/05  DEF 1 motion for dismissal of count 3 and 4.

    15 -  1  08/18/05  DEF 1 motion for suppression.

    16 -  1  08/18/05  DEF 1 motion for severance from co-defendant's trial.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0065--CR (JWS)
                          "USA V EDWARD TED MCDONALD ET AL"
```
---
For all filing dates
---

```
Document #    Filed      Docket text

  17 -   1   08/18/05   DEF 1 motion for discovery.

  18 -   1   08/19/05   [Re: DEF 1] JDR Minute Order re evident hrg on mot to suppress (15-1)
                        set for 8/30/05 at 9:30 a.m. cc: USA, H. Fleischer, USM, USPO

  19 -   1   08/23/05   DEF 2 Notice of unavailability of cnsl from 8/22/05 - 9/1/05.

  20 -   1   08/23/05   DEF 2 joinder to DEF 1 motion for dismissal of count 3 and 4. (14-1),
                        DEF 1 motion for severance from co-defendant's trial. (16-1), DEF 1
                        motion for discovery (17-1).

  21 -   1   08/25/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for discovery (17-1) w/att
                        exh.

  22 -   1   08/25/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for dismissal of count 3
                        and 4 (14-1).

  23 -   1   08/26/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for suppression (15-1).

  23 -   2   08/26/05   [Re: DEF 1] PLF 1 Unopposed motion to take telephonic testimony of State
                        Trooper M. Finses.

  24 -   1   08/26/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for severance from
                        co-defendant's trial (16-1).

  25 -   1   08/29/05   [Re: DEF 1] JDR Minute Order granting unopposed motion to take
                        telephonic testimony of State Trooper M. Finses at the 8/30 evident hrg
                        (23-2). cc: USA, H. Fleischer

  26 -   1   08/30/05   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Evid Hrg on
                        Def's Mot to Suppress (held 8/30/05); taking under advisement motion for
                        suppression (15-1); def to order expedited transcript.  cc: USA, H.
                        Fleischer, USM, Judge Sedwick

  27 -   1   09/01/05   Initial R&R re: DEF 1 motion for dismissal of count 3 and 4. (14-1);
                        Joinder (20-1); Recommdended be denied;  Objections due NOON 09/16/05.
                        Reply due NOON 09/22/05. cc: USA, H. Fleischer, J. Murtagh, Judge
                        Sedwick

  28 -   1   09/01/05   [Re: DEF 1-2] JDR Order denying motion for discovery (17-1), joinder
                        (20-1). cc: USA, H. Fleischer, J. Murtagh

  29 -   1   09/14/05   [Re: DEF 1] Transcript of Evidentiary Hearing on Defendant's Motion to
                        Suppress (held 8/30/05).

  30 -   1   09/15/05   [Re: DEF 1-2] JWS Minute Order resetting 10/3/05 FPTC & TBJ to 10/19/05
                        at 8:30 a.m. & 9:00 a.m., respectively. cc: USA, H. Fleischer, J.
                        Murtagh, MJ Roberts, USM, USPO, JC

  31 -   1   09/21/05   Initial R&R re: DEF 1 motion for severance from co-defendant's trial
                        (16-1); Recommended be denied; Objections due NOON 09/27/05. Reply due
                        NOON 10/03/05. cc: USA, H. Fleischer, Judge Sedwick

  32 -   1   09/21/05   [Re: DEF 1-2] JWS Order adopting R&R denying mot for dismissal of ct 3 &
                        4 (14-1); joinder in mot for dismissal (20-1). cc: USA, H. Fleischer, J.
                        Murtagh, MJ Roberts
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A05-0065--CR (JWS)
                                 "USA V EDWARD TED MCDONALD ET AL"

                                        For all filing dates


Document #   Filed      Docket text

  33  -  1   09/21/05   [Re: DEF 1-2] PLF 1 Superseding Indictment.

  34  -  1   09/22/05   [Re: DEF 1-2] JDR Grand Jury Minutes re: no bail set; set for arr &
                        notify USM; defs in federal custody @ ACCE.

  35  -  1   09/22/05   [Re: DEF 1] JDR Minute Order setting arr on SIndt on 9/26/05 @ 3:00
                        p.m.. cc: USA, H. Fleischer, USM, USPO

  36  -  1   09/22/05   [Re: DEF 2] JDR Minute Order setting arr on SIndt on 9/26/05 @ 3:30
                        p.m.. cc: USA, J. Murtagh, USM, USPO

  37  -  1   09/27/05   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                        on First Superseding Indictment (held 09/26/05); Defendant plead Not
                        Guilty to counts 1, 2, 4, 6, and 8 of the First SIndt; Defendant's
                        detention continued; ptm's due 10/11/05; meet and confer 10/03/05.  CC:
                        USA, H. Fleischer, USM, USPO, Judge Sedwick.

  38  -  1   09/27/05   [Re: DEF 1] JDR Order regarding preparation for trial; ptm's due
                        10/11/05; meet and confer due 10/03/05. CC: USA, H. Fleischer.

  39  -  1   09/27/05   [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                        on First Superseding Indictment (held 09/26/05); Defendant plead not
                        guilty on counts 1, 3, 5, 7, and 8 of the First SIndt; Defendant's
                        detention continued; ptm's due 10/11/05; meet and confer 10/03/05. CC:
                        USA, J. Murtagh, USM, USPO, Judge Sedwick.

  40  -  1   09/27/05   [Re: DEF 2] JDR Order regarding preparation for trial; ptms' due
                        10/11/05; meet and confer 10/03/05. CC: USA, J. Murtagh.

  41  -  1   09/30/05   Initial R&R re: DEF 1 motion for suppression (15-1); Recommended be
                        denied; Objections due NOON 10/05/05. Reply due NOON 10/11/05. cc: USA,
                        H. Fleischer, Judge Sedwick

  42  -  1   10/11/05   [Re: DEF 1-2] JWS Order adopting R&Rs & denying mot for suppression
                        (15-1), mot for severance from co-def's trial (16-1). cc: USA, H.
                        Fleischer, J. Murtagh, MJ Roberts

  43  -  1   10/11/05   DEF 1-2 motion to continue trial from 10/19/05.

  44  -  1   10/13/05   [Re: DEF 1-2] JWS Order granting motion to continue trial from 10/19/05
                        (43-1); FPTC & TBJ reset to 12/1/05 @ 8:30 a.m. & 9:00 a.m.,
                        respectively. cc: USA, H. Fleischer, J. Murtagh, USM, USPO, MJ Roberts,
                        JC

  45  -  1   10/13/05   [Re: DEF 1-2] JWS Order of excludable delay re: mot @ dkt 16 from
                        8/18/05 to 10/11/05 (55 days; under code E).

  46  -  1   10/17/05   [Re: DEF 1-2] JWS Order of excludable delay re: mot @ dkt 43 from
                        10/11/05 to 10/13/05 (3 days; under code E).

  47  -  1   10/21/05   [Re: DEF 1-2] PLF 1 Notice of filing plea agreements.

  47  -  2   10/21/05   [Re: DEF 1-2] PLF 1 motion (request) for change of pleas hearing date.

  48  -  1   10/21/05   [Re: DEF 1] PLF 1 Plea Agreement.


ACRS: R_RDSDX                   As of 12/01/05 at 2:55 PM by GARRY                       Page 3
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0065--CR (JWS)
                              "USA V EDWARD TED MCDONALD ET AL"

                                    For all filing dates


 Document #     Filed      Docket text

     49 -  1   10/21/05    [Re: DEF 2] PLF 1 Plea Agreement.

     50 -  1   10/25/05    [Re: DEF 1-2] JWS Minute Order setting PCOP hrg for DEF 1 on 12/1/05 @
                           8:00 a.m. & for DEF 2 on 12/1/05 @ 8:30 a.m.; 12/1/05 FPTC & TBJ
                           vacated. cc: USA, H. Fleischer, J. Murtagh, USM, USPO, MJ Roberts, JC

     51 -  1   11/30/05    DEF 1-2 Unopposed motion on shortened time to continue 12/1/05 change of
                           plea hearings.

     52 -  1   11/30/05    [Re: DEF 1-2] JWS Minute Order granting unoppo mot on shortened time to
                           continue 12/1/05 changes of plea (51-1); DEF 1 PCOP hrg reset to
                           12/29/05 @ 8:00 a.m. & DEF 2 PCOP hrg reset to 12/29/05 @ 8:30 a.m.. cc:
                           USA, H. Fleischer, J. Murtagh, USM, USPO
```