DEBORAH SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
fax: (907) 271-5071
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 3:05-cr-00065-JWS |
| ) | |
| Plaintiff,       ) | **GOVERNMENT'S** |
| ) | **SENTENCING** |
| vs.       ) | **MEMORANDUM** |
| ) | |
| EDWARD JAMES JENNINGS,       ) | |
| ) | |
| Defendant.       ) | |
| ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and submits its sentencing memorandum concerning defendant, Edward James Jennings, as follows:

**I.   Summary of Estimated Guideline Calculations**

The government has no objections to the presentence report calculations. The guideline calculation is identical to that set forth in the plea agreement and

agreed to by defendant pursuant to Fed.R.Crim.P. 11(c)(1)(C). Therefore, defendant is subject to a guideline sentencing range of 37-46 months.

## II.    Response to Anticipated Objections

Neither party has filed objections to the presentence report. The guideline calculation in that report is consistent with the anticipated guideline calculation set forth in the plea agreement.

## III.    Government's Recommendation

As contemplated by the plea agreement, the government will recommend that the court sentence Mr. Jennings to 37 months imprisonment with a downward departure for the time served in State of Alaska custody before federal charges were filed. That is 37 months minus the time from April 11, 2005, until his arrest on July 28, 2005. The government will also recommend that defendant be put in supervised release for 3 years. As a condition of supervised release, in addition to the standard conditions, defendant should be required to refrain from any work as a contractor unless validly licensed in the jurisdiction and supervised by another licensed contractor.

This case came to the attention of the federal authorities when the State Troopers in Ketchikan were summoned to the Department of Motor Vehicles based on a complaint of defendants attempting to obtain fraudulent identification in

Alaska. Upon contacting the defendants and following up with searches of their rented vehicles the troopers discovered that defendants were wanted in a number of states for conducting a series of roofing and paving scams on primarily elderly victims throughout the United States. Follow up by the Federal Bureau of Investigation showed that Mr. Jennings, along with his co-defendant and others engaged in a multi-year scheme of traveling around the country defrauding elderly homeowners by doing slipshod repair work with substandard materials. It appears that neither defendant nor his colleagues were ever validly licensed to do contracting work, and in virtually every instance, upon payment they would immediately cash the check and leave the jurisdiction with no way to locate them.

The difficulty in prosecution is evident from the record of these individual's actions. First, many jurisdictions where complaints were filed considered the matter civil. Where the jurisdiction had a contracting board that could follow up, charges were filed. However, the defendants, in each instance, had left the state, making prosecution virtually impossible. In cases where they were pursued, defendants offered to pay restitution in lieu of reduced charges or dismissal of the complaints.

The present prosecution encompasses the breadth of the scheme. The contemplated sentence of 37 months total for their nationwide scam imposes a

significant and necessary step to deter this behavior, protect the citizens of the various states and impose a just punishment. The government respectfully recommends that the court impose sentence in accordance with the plea agreement as detailed above.

  RESPECTFULLY SUBMITTED this day, March 16, 2006, in Anchorage, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney


                s/Karen Loeffler
                Assistant U.S. Attorney
                Federal Building & U.S. Courthouse
                222 West Seventh Avenue, #9
                Anchorage, Alaska  99513-7567
                (907) 271-5071
                fax: (907) 271-5071
                email: karen.loeffler@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2006,
a copy of the foregoing was served
electronically, on:

John Murtagh

s/Karen Loeffler

U.S. v. Edward Jennings
Case No. 3:05-cr-0065-JWS       4